Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorneys for CMRE Financial Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE KELLISON,<br><br>        Plaintiff,<br>    vs.<br><br>CMRE FINANCIAL SERVICES, INC.,<br><br>       Defendant. | Case No.:<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)<br>[FEDERAL QUESTION] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant CMRE Financial Services, Inc. ("CMRE") hereby removes to this Court the state court action described below.

1.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this

Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Telephone Consumer Protection Act, 47 U.S.C. § 227.

2.      On or about April 27, 2017, the action was commenced by Plaintiff Desiree Kellison ("Plaintiff") in the Superior Court of the State of California, County of San Bernardino, captioned, *Desiree Kellison vs. CMRE Financial Servivces and DOES 1-10, inclusive*, Case No. CIVDS1707895 (the "State Court Action").  A copy of the Summons and Complaint ("Complaint") is attached hereto as Exhibit A.

3.      District courts have federal question jurisdiction over "all civil actions arising under the Constitution, laws or treaties of the United States."  28 U.S.C. § 1331.  This Court has jurisdiction under 28 U.S.C. § 1331 because Plaintiff's claim arises under the laws of the United States.  Further, this Court may exercise supplemental jurisdiction of any related state law claims pursuant to 28 U.S.C. § 1367.

4.      CMRE was served with a copy of the Complaint on June 14, 2017.  Thus, pursuant to 28 U.S.C. § 1446(b), CMRE has timely filed this Notice of Removal within thirty days.

5.      A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the State Court Action.

6.      The State Court Action is located within the Central District of California.  Therefore, venue for purposes of removal is proper because the United States District Court for the Central District of California embraces the place in which the removed action was pending.  28 U.S.C. § 1441(a).

7.      Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated: 7/13/17                      SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                   */s/Debbie P. Kirkpatrick*
                                   Debbie P. Kirkpatrick
                                   Attorneys for Defendant
                                   CMRE Financial Services, Inc.