# United States District Court
# Central District of California

| | |
|---|---|
| DESIREE KELLISON, <br> Plaintiff, <br> v. <br> CMRE FINANCIAL SERVICES, INC., <br> Defendant. | Case No. 5:17-cv-01408-ODW(KK) <br><br> **ORDER TO SHOW CAUSE RE. FAILURE TO COMPLY WITH RULE 26(f)** |

A Scheduling Conference in this action is set for October 2, 2017. As required by the Federal Rules of Civil Procedure, the parties are required to submit a Joint Rule 26(f) Report no later than 7 days prior to the Scheduling Conference. Thus, a Joint Rule 26(f) Report was due Monday, September 25, 2017. To date, no report has been filed by the parties.

Accordingly, the Scheduling Conference is **CONTINUED** to October 30, 2017 at 1:30pm. The Court **ORDERS** the parties **TO SHOW CAUSE in writing no later than Monday, October 2, 2017,** why they have failed to timely comply with the Federal Rules of Civil Procedure and this Court's Order. The Court will discharge this Order ///

and vacate the Scheduling Conference upon the filing of a satisfactory Rule 26(f) Report. Failure to respond to this Order may result in dismissal of this action for lack of prosecution.

**IT IS SO ORDERED.**

September 26, 2017

_____
         **OTIS D. WRIGHT, II**
    **UNITED STATES DISTRICT JUDGE**