Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorneys for Defendant, CMRE Financial Services, Inc.

Alicia McElwaine-Leto, Esq, (SBN 308804)
P.O. Box 491103, Los Angeles, CA 90049
(949) 698-2865
mcelwaineletolaw@gmail.com

Attorney for Plaintiff, Desiree Kellison

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE KELLISON,<br><br>    Plaintiff,<br>  vs.<br><br>CMRE FINANCIAL SERVICES, INC.,<br><br>    Defendant. | Case No.: 17-cv-01408-ODW-KK<br><br>JOINT NOTICE OF SETTLEMENT |

Joint Notice of Settlement

1

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The parties expect the settlement to be finalized and a stipulation to dismiss to be filed within 30 days.

The parties respectfully request the Court vacate all pending case events and deadlines.

Dated: 10/3/17   */s/Alicia McElwaine-Leto*
Alicia McElwaine-Leto
Attorney for Plaintiff
Desiree Kellison

Dated: 10/3/17   SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
*/s/Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick
Attorneys for Defendant
CMRE Financial Services, Inc.