Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorneys for Defendant, CMRE Financial Services, Inc.

Alicia McElwaine-Leto, Esq, (SBN 308804)
P.O. Box 491103, Los Angeles, CA 90049
(949) 698-2865
mcelwaineletolaw@gmail.com

Attorney for Plaintiff, Desiree Kellison

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE KELLISON,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>CMRE FINANCIAL SERVICES,<br>INC.,<br><br>　　　　　Defendant. | Case No.: 17-cv-01408-ODW-KK<br><br>STIPULATION TO DISMISS |

IT IS HEREBY STIPULATED by and between Plaintiff, Desiree Kellison, and Defendant, CMRE Financial Services, Inc., by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), that this action shall be dismissed in its entirety with prejudice. Each party is to bear its own costs and fees.

Dated: 10/25/17                 LAW OFFICES OF ALICIA MCELWAINE-LETO

                                /s/Alicia McElwaine-Leto_____
                                Alicia McElwaine-Leto
                                Attorney for Plaintiff
                                Desiree Kellison

Dated: 10/25/17                 SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                /s/Debbie P. Kirkpatrick
                                Debbie P. Kirkpatrick
                                Attorneys for Defendant
                                CMRE Financial Services, Inc.

## SIGNATURE ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of the above listed counsel for the Plaintiff in the content of this document and her authorization to file it.

Dated: 10/25/17                 SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                /s/Debbie P. Kirkpatrick
                                Debbie P. Kirkpatrick

Stipulation to Dismiss