Previously **JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE KELLISON,<br><br>        Plaintiff,<br>  vs.<br><br>CMRE FINANCIAL SERVICES, INC.,<br><br>        Defendant. | Case No.:5:17-cv-01408-ODW(KK)<br><br>ORDER APPROVING STIPULATION TO DISMISS |

The parties to the above captioned action having stipulated that the action shall be dismissed in its entirety with prejudice,

///

///

///

IT IS HEREBY ORDERED that this action shall be dismissed in its entirety with prejudice. Each party is to bear its own costs and fees.

All scheduled dates and deadlines are vacated.

**IT IS SO ORDERED.**

October 25, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

Order Approving Stipulation to Dismiss

2